**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646)-837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail:  idiaz@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE 1 and JANE DOE 2, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>O POSITIV, INC.,<br><br>Defendant. | Case No. 4:25-cv-09895<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED UNDER A PSEUDONYM AND [PROPOSED] ORDER** |

Plaintiffs Jane Doe 1 and Jane Doe 2 ("Plaintiffs"), on behalf of themselves and all others similarly situated, hereby move this Court for an order allowing Plaintiffs to proceed with this action with a caption using the pseudonyms, Jane Doe 1 and Jane Doe 2, and to prosecute this action under this pseudonym.

## STATEMENT OF POSITIONS

Plaintiffs could not ascertain the position of Defendant regarding this motion, as Defendant has not yet been served in this matter. Declaration of Ines Diaz Villafana ¶ 3.

## MEMORANDUM IN SUPPORT

This is a putative class action against O Positiv, Inc. ("Defendant") for aiding, employing and conspiring with third party entities to intercept Defendant's website users' communications on Defendant's website, opositiv.com, related to the users' protected health information, such as information about their reproductive and sexual health. ECF No. 1 ("Compl.") ¶¶ 1-2. Defendant is an online service that specializes in providing OBGYN-recommended products, including products related to gut health, menstruation and hormones, and menopause and health aging. *Id.* ¶ 2. Information related to Plaintiffs' purchases and menstrual and hormonal needs is the material at issue in this action. As part of using Defendant's website, Plaintiffs searched for and purchased products specific to their hormonal and menstrual needs. *Id.* ¶¶ 10-11, 16-17. Plaintiffs provided the information with the understanding that it would only be received and processed by Defendant. *Id*.

Plaintiff Jane Doe 1 is an adult citizen of the state of California residing in Martinez, California. *Id.* ¶ 9. Plaintiff Jane Doe 2 is an adult citizen of the state of California residing in Mill Valley, California. *Id.* ¶ 15. Plaintiffs began using Defendant's website to search for products that would help them with specific hormonal and menstrual issues. *Id.* ¶¶ 10, 16. Information related to such conditions and treatment of those conditions is protected by California law. *Id*. ¶¶ 31-34.

Plaintiffs bring this action against Defendant under a pseudonym due to the fact that it involves, and likely will require disclosure of, Plaintiffs' sensitive and protected health information, including information related to their menstrual, reproductive, and hormonal health.

Should Plaintiffs not be able to proceed under pseudonym, Plaintiffs may be subjected to ridicule and personal embarrassment.

Despite marked progress in recent years regarding the understanding of women's reproductive and hormonal health, it continues to carry significant social and professional stigma. Disclosure of such information can be harmful to a person in a myriad of ways.

The Ninth Circuit has provided the following guidance:

> In this circuit, we allow parties to use pseudonyms in the 'unusual case' when nondisclosure of the party's identity 'is necessary…to protect a person from harassment, injury, ridicule or personal embarrassment.'…We join our sister circuits and hold that a party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity.

*See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067-68 (9th Cir. 2000); *see also Doe v. United Services Life Ins. Co.*, 123 F.R.D. 437 (S.D.N.Y. 1988) (allowing a plaintiff to sue an insurance company anonymously to allow him to keep his sexual orientation private); *Doe v. Deschamps*, 64 F.R.D. 652, 653 (D. Mont. 1974) (permitted plaintiff in abortion suit to use pseudonym due to the personal nature of pregnancy). In light of the facts above, Plaintiffs' need for anonymity outweighs any prejudice to the public in knowing Plaintiffs' identity. There is no prejudice to Defendant because Defendant is already aware of the identities of each Plaintiff.

Plaintiffs respectfully request that the Court grant the requested relief at this time and allow Plaintiffs to proceed anonymously. For all the reasons stated above, Plaintiffs respectfully request that the Court enter the Proposed Order below.

Dated: November 21, 2025                     Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Ines Diaz Villafana*
            Ines Diaz Villafana

Ines Diaz Villafana (State Bar No. 354099)
1990 North California Blvd., 9th Floor

Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: idiaz@bursor.com

**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646)-837-7150
Facsimile: (212) 989-9163
Email: mroberts@bursor.com

*Attorneys for Plaintiffs*

## [PROPOSED] ORDER

UPON THE ADMINISTRATIVE MOTION of Plaintiffs Jane Doe 1 and Jane Doe 2, it is hereby ordered:

Plaintiffs may proceed with this action using the pseudonyms Jane Doe 1 and Jane Doe 2, and with a caption reflecting that Pseudonym.

IT IS SO ORDERED.

Date: _____                                              _____
                                                                                              District Court Judge